IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

NINGBO BONNY DECORATIVE                                              PLAINTIFF
MATERIAL CO., LTD

V.                                              CIVIL ACTION NO. 1:17-CV-114-SA-DAS

EAST SYSTEMS, INC. and
GEORGE K. EAST                                                       DEFENDANTS

ORDER OF RECUSAL

The above styled and numbered case was assigned to United States District Judge Sharion Aycock on July 27, 2017. Judge Aycock, on her own motion, hereby RECUSES herself from this cause.

It is hereby ORDERED that the Clerk of the Court is directed to transfer and re-assign this cause to another United States District Judge.

This, the 6th day of December, 2019.

                                                /s/ Sharion Aycock
                                                UNITED STATES DISTRICT JUDGE