# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

**NINGBO BONNY DECORATIVE**
**MATERIAL CO., LTD**                                                                                  **PLAINTIFF**

**V.**                                                                          **NO. 1:17-CV-114-DMB-DAS**

**EAST SYSTEMS, INC., and**
**GEORGE K. EAST, individually**                                                            **DEFENDANTS**

## ORDER

On September 10, 2021, the parties filed a notice advising the Court that a settlement of all claims in this case had been reached. Doc. #98. Accordingly, this case is administratively **CLOSED**.[1]

**SO ORDERED**, this 10th day of September, 2021.

                                                      **/s/Debra M. Brown**
                                                     **UNITED STATES DISTRICT JUDGE**

---

[1] To have this case dismissed with prejudice, the parties should either file a stipulation of dismissal in accordance with Rule 41 or a joint motion for dismissal.